**Order entered October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00462-CR

### TREVOR RUSSELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-75838-T**

### ORDER

Before the Court is appellant's October 4, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 4, 2022**. If appellant fails to file his brief by November 4, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    DENNISE GARCIA
        JUSTICE